DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE UNKNOWN BENEFICIARIES OF THE MARIMINA LAND TRUST**
and **THE UNKNOWN TRUSTEE OF THE MARIMINA LAND TRUST,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as trustee on behalf
of **THE CERTIFICATE HOLDERS OF THE HIS ASSET
SECURITIZATION CORPORATION TRUST 2007-HE2,**
Appellee.

No. 4D20-2793

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2016-CA-010832.

Owei Z. Belleh of The Belleh Law Group, PLLC, Plantation, for appellants.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***